**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 907 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA BOARD OF LAW EXAMINERS | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |


## <u>ORDER</u>

**AND NOW**, this 2nd day of February, 2022, Kezia O. L. Taylor, Esquire, is hereby designated as Chair, and Lawrence J. Moran, Sr., Esquire, is designated as Vice-Chair, of the Pennsylvania Board of Law Examiners, commencing April 1, 2022.